NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name:  05a0744n.06
Filed:  August 24, 2005

No.  03-2079

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Jobst Blachy, et al., | ) | |
| | ) | |
| Plaintiff-Appellees, | ) | **ON APPEAL** FROM THE |
| | ) | UNITED STATES DISTRICT |
| v. | ) | COURT FOR THE WESTERN |
| | ) | DISTRICT OF MICHIGAN |
| | ) | |
| Robert Butcher, et al., | ) | |
| | ) | **OPINION** |
| Defendant-Appellants. | ) | |
| _____ | ) | |

**Before: MOORE and GIBBONS, Circuit Judges, and MILLS, District Judge.**[*]

**RICHARD MILLS, District Judge.**

On April 12, 2005, the Court granted the Appellees' motion for sanctions on

appeal.  See Blachy v. Butcher, 129 Fed.Appx. 173, 2005 WL 843905, **8 (6th

Cir. (Mich.)) (unpublished), citing Federal Rule of Appellate Procedure Rule 38;

28 U.S.C. § 1927.  The Appellees have since filed an affidavit seeking $42,766.25

in attorneys fees.  The Appellants have not responded to the Appellees' affidavit.

---

[*] The Honorable Richard Mills, United States District Judge for the Central District of
Illinois, sitting by designation.

1

The Court has reviewed the Appellees' affidavit and finds that the amount requested is fair and just.  Thus, we ORDER the Appellants to pay the Appellees $42,766.25 for attorneys fees incurred in this cause.  <u>See</u> Fed.R.App.P. 38; § 1927.